UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS CARRILLO RAMIREZ, | Case No. LA CV 14-02448-VBF (DTB) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| MARTIN D. BITER, Warden, | |
| Respondent. | |

Pursuant to the contemporaneously issued Order Overruling Petitioner's Objections, Adopting the R&R of the Magistrate Judge, Denying the Habeas Corpus Petition, and Dismissing the Action with Prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Tomas Carrillo Ramirez.**

DATED: October 27, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

1